### STATE OF FLORIDA ex rel. ANGELA STEVENSON MORGAN v. LEWIS McCOMB HERZOG.

25 So. (2nd) 279 — January Term, 1946
March 15, 1946 — Division B

*McKay, Macfarlane, Jackson & Ferguson, W. H. Jackson* and *T. Paine Kelly, Jr.,* for appellant.

*H. W. Holland* and *Leonard W. Cooperman,* for appellee.

PER CURIAM:

We are of the view that the judgment appealed from should be affirmed on authority of DiGirogio v. DiGirogio, 153 Fla. 24, 13 So. (2nd) 596.

It is so ordered.

CHAPMAN, C. J., BROWN and SEBRING, JJ., and BARNS, Circuit Judge, concur.